mond Company against Elias Gottfried and others. J. J. Lesser, of New York City, for appellants. M. Herzfeld, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

COUTANT v. MASON. (Supreme Court. Appellate Division, First Department. April 9, 1914.) Action by Margaret B. Coutant against Jennie C. Mason. No opinion. Motion granted. Order filed. See, also, 160 App. Div. 575, 145 N. Y. Supp. 785.

COWEN v. BERNARD et al. (Supreme Court, Appellate Division First Department. May 22, 1914.) Action by Bernard Cowen against Sophie Bernard and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 160 App. Div. 881, 144 N. Y. Supp. 1110.

CRAIB et al., Appellants, v. DEAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Belle Craib and another against Harry W. Dean and another. No opinion. Order affirmed, with $10 costs and disbursements.

CRAYTON, Respondent, v. LARABEE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Mary A. Crayton against George F. Larabee and others.

PER CURIAM. Judgment and order affirmed, with costs. *Held:* (1) That the defendant's motion for a nonsuit and dismissal of the complaint was properly denied. (2) That the question of the power of the health officer to quarantine the plaintiff, if he acted in good faith and had reasonable cause to believe that the plaintiff was infected and liable to communicate disease to others, was not raised at the trial by any exception to the charge or otherwise.

MERRELL, J., dissents, upon the ground that, while the question referred to was not properly raised, this court has the power to, and should, pass upon that question.

CREAM OF WHEAT CO., Respondent, v. KNOWLTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by the Cream of Wheat Company against Daniel E. Knowlton. No opinion. Judgment and order affirmed, with costs.

CROCKER–WHEELER CO., Appellant, v. GENESEE RECREATION CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by the Crocker-Wheeler Company against the Genesee Recreation Company. For former opinion, see 160 App. Div. 373, 145 N. Y. Supp. 477. See, also, 146 N. Y. Supp. 1088.

PER CURIAM. Upon the reargument, order reversed, with costs, and judgment directed for the plaintiff upon the verdict, with costs, awarding possession of the two larger generators to the plaintiff, or, in the alternative, for the sum of $1,328, with interest thereon from the 25th

147 N.Y.S.—70

day of December, 1907, and awarding possession of the smaller generator to the defendant.

KRUSE, P. J., and MERRELL, J., dissent, and vote for affirmance.

CROSS, AUSTIN & IRELAND LUMBER CO. v. HADDEN et al. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by the Cross, Austin & Ireland Lumber Company against Archibald Hadden, the A. Hadden Company, the Bayside Lumber Company, and another. No opinion. Order affirmed, without costs. See, also, 160 App. Div. 892, 144 N. Y. Supp. 1110.

CROTTY, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Michael Crotty against the Erie Railroad Company. No opinion. Motions for reargument and for leave to appeal to the Court of Appeals denied. For former decision, see 146 N. Y. Supp. 1088.

CUMMINS, Appellant, v. LARKIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Application of John J. Cummins, in behalf of himself and all other persons similarly situated, etc., against Albert E. Larkin and others, for a peremptory writ of mandamus to examine cards containing names and addresses of parents and guardians of students in the high schools of the city of Syracuse, etc.

PER CURIAM. Order affirmed, with costs. MERRELL, J., dissents.

In re CUNNINGHAM. (Supreme Court, Appellate Division, First Department. May 8, 1914.) In the matter of Daniel Cunningham, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 159 App. Div. 910, 144 N. Y. Supp. 1111; 147 N. Y. Supp. 1105.

In re CUNNINGHAM. (Supreme Court, Appellate Division, First Department. May 8, 1914.) In the matter of Daniel Cunningham, deceased. No opinion. Motion denied, with $10 costs. Order filed. See, also 147 N. Y. Supp. 1105.

CURRAN, Respondent, v. OPPENHEIMER, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Robert I. Curran against August Oppenheimer. E. G. Kremer, of New York City, for appellant. A. S. Andrews, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 143 App. Div. 271, 128 N. Y. Supp. 9.

CURRO, Respondent, v. NEW YORK, O. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Onofrio Curro against the New York, Ontario & Western Railroad Company. No opinion. Judgment and order reversed, and complaint dismissed, with costs, including the costs of this appeal. Held, that